**Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-00739-CV
_____

### KEN S. OGBONNIA d/b/a FIRST TEXAS ENERGY, Appellant

### V.

### A T & T ADVERTISING, LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 988333**

---

## O R D E R

Appellant's brief was filed March 28, 2012.   The brief does not comply with Texas Rule of Appellate Procedure 38.1.   Specifically, it does not include citations to the record and to authority.   Tex. R. App. P. 38.1(c), (d), (g), (i).

In addition, according to the brief, appellant is First Texas Energy Corporation, and the corporation is not represented by counsel in this appeal.   Rather, the corporation is attempting to represent itself pro se through Ken S. Ognonnia, a corporate officer who is not an attorney.   Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney.   *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Dell Dev. Corp. v. Best.*

1

*Indus. Uniform Sup. Co.*, 743 S.W.2d 302, 303 (Tex. App.—Houston [14th Dist.] 1987, writ denied).

Accordingly, **we STRIKE** appellant's brief filed March 28, 2012, and order appellant to retain counsel for this appeal and to provide proof of the retention on or before **May 14, 2012**. Appellant is ordered to file a new brief in compliance with the Texas Rules of Appellate Procedure within **30 days** after appellant's counsel has been retained. Tex. R. App. P. 38.9(b). If appellant does not comply, the court will dismiss the appeal on its own motion. *See* Tex. R. App. P. 42.3(b) (dismissal for want of prosecution); 42.3(c) (dismissal for failure to comply with court order).

PER CURIAM